UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JEROME WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:15-CV-507 WL |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION AND ORDER

Jerome Williams, a *pro se* prisoner, filed an amended habeas corpus petition (DE 8-1) along with a motion (DE 8) asking for leave to file it. However, pursuant to Federal Rule of Civil Procedure 15(a)(1), he may amend "once as a matter of course" without permission from the court because the original petition had not yet been served on the respondent. Therefore the motion will be denied as moot and the clerk will be directed to separately docket the amended petition.

In his petition, Williams is challenging the prison disciplinary hearing (ISP 15-08-003) held on August 10, 2015, where he was found guilty of Assault/Battery in violation of A-102 and sanctioned with the loss of 180 days earned credit time and demoted to credit class 3 by the Disciplinary Hearing Officer (DHO) at the Indiana State Prison. Williams admits that he stabbed a fellow inmate several times, but argues that he was denied due process because he was precluded from arguing that he acted in self-defense. However, "[p]risons may discipline inmates who engage in violence even if the inmate did so to protect himself." *Keller v. Cross*, 603 F. App'x 488, 489 (7th Cir. 2015). "[I]nmates do not have a constitutional right to raise self-defense as a defense in the context of prison disciplinary proceedings." *Jones v. Cross*, 637 F.3d 841, 848 (7th Cir. 2011). Thus, he was not denied a fair hearing or due process and he is not entitled to habeas corpus relief.

For these reasons, the motion to amend (DE 8) is **DENIED AS MOOT**. The clerk is **DIRECTED** to separately docket the amended habeas corpus petition (DE 8-1) which is **DENIED** pursuant to Section 2254 Habeas Corpus Rule 4.

SO ORDERED.

ENTERED: January 6, 2016           s/William C. Lee  
                                                             William C. Lee, Judge  
                                                             United States District Court